**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| HENRY C. NAVARRO, | ) | No. ED CV 22-285-SB (PLA) |
| Petitioner, | ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) | |
| CONNIE GIPSON, Secretary CDCR, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Magistrate Judge's Report and Recommendation (Report), and the objections to the Report.  In his objections, Petitioner concedes that the first two claims do not warrant relief.  As for the third claim, the Court agrees with the Magistrate Judge that Petitioner is not entitled to habeas relief.  Petitioner's assertion that the state court's denial of his Eighth Amendment claim was "objectively unreasonable" is unpersuasive, particularly in light of the Supreme Court's decision in *Lockyer v. Andrade*, 538 U.S. 63 (2003), as explained in the Report.  The fact that Petitioner has now served "several decades of punishment" does not alter this conclusion; rather, it is the anticipated consequence of the sentence imposed in this case (i.e., 25 years to life).  The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Motion to Dismiss is granted.
3. Judgment shall be entered consistent with this order.
4. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: August 13, 2022

HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE