JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| HENRY C. NAVARRO, | No. ED CV 22-285-SB (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CONNIE GIPSON, Secretary CDCR, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 13, 2022

HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE